1  BETSY JOHNSON, CA Bar No. 119847
   betsy.johnson@ogletreedeakins.com
2  VANESSA C. KRUMBEIN, CA Bar No. 272202
   vanessa.krumbein@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213.239.9800
   Facsimile:   213.239.9045
6
   Attorneys for Defendants
7  SALLIE MAE, INC. and
   UNITED STUDENT AID
8  FUNDS, INC.

9                    **UNITED STATES DISTRICT COURT**

10                    **CENTRAL DISTRICT OF CALIFORNIA**

11

| 12 | Guadalupe Davis and Thomas Davis, | Case No.  CV13-3013 DSF (VBKx) |
|---|---|---|
| 13 | Plaintiffs, | **[PROPOSED] ORDER FOR STIPULATION FOR PROTECTIVE ORDER** |
| 14 | vs. | |
| 15 | Sallie Mae, Inc., A Delaware Corporation; United Student Aid Funds, Inc., A Delaware Corporation; and Does 1-10, Inclusive. | |
| 16 | | Complaint Served:   May 6, 2013 |
| 17 | Defendants. | Trial Date:              October 7, 2014 |
| 18 | | District Judge:      Hon. Dale S. Fischer |
|    | | Magistrate Judge: Hon. Victor B. Kenton |

## **ORDER**

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of confidential information (the "Stipulation for Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED: April 23, 2014                   _____/s/_____
                                        THE HONORABLE VICTOR B. KENTON
                                        MAGISTRATE JUDGE OF THE UNITED STATES
                                        DISTRICT COURT

17300411.1

CV 13-3013
DAVIS Proposed