JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Guadalupe Davis, et. al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Sallie Mae, Inc.; et. al.,<br><br>　　　　　Defendants. | Case No.: 2:13-CV-03013-DSF-VKB<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:　　5/21/14

_Dale S. Fischer_
_____
HON. DALE S. FISCHER
U.S. DISTRICT JUDGE